# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO MORALES,

              Petitioner,

        v.

D. OCEGUEDA, LIEUTENANT,

              Respondent.

Case No. EDCV 11-802-PA (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 13, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE